**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 WEST SHAW AVE., SUITE 208
FRESNO, CALIFORNIA 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

ATTORNEY FOR Defendant, SHANNE LEAVELL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANNE LEAVELL,<br><br>Defendant. | Case No.: **1:15-CR-00234 AWI BAM- (002)**<br><br>**AMENDED STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER** |

     Defendant Shanne Leavell, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and MIA A. GIACOMAZZI, Assistant U.S. Attorney, hereby stipulate to the following modification of conditions of release:

     1.    The defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer; defendant shall pay all or part of the costs of counseling services based upon ability to pay as determined by the pretrial services officer.

     2.    All other terms and conditions of release remain in full force and effect.

.

3. Pretrial Services officer has been advised and approves this modification.

IT IS SO STIPULATED.

DATED: 11/25/2015  /s/ Mia A. Giacomazzi
MIA A. GIACOMAZZI
Assistant United States Attorney

DATED: 11/25/2015  /s/ Roger D. Wilson
ROGER D. WILSON
Attorney for Shanne Leavell

--o0o--

ORDER

IT IS SO FOUND AND ORDERED that the above Stipulation Modifying Conditions of Release is hereby approved and the modifications set forth in paragraphs One (1), Two (2) and Three (3) of the Stipulation are adopted as findings by the Court.

IT IS SO ORDERED.

Dated: **November 25, 2015**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE