# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00234-DAD-BAM |
|---|---|
| Plaintiff, | ORDER CONTINUING PRETRIAL VIOLATION HEARING TO JUNE 30, 2016 |
| v. | (ECF No. 34) |
| SHANNE LEAVELL, | |
| Defendant. | |

A contested hearing in this action is set for June 15, 2016, at 3:00 p.m. before the undersigned. On June 13, 2016, the parties filed a stipulation to continue the hearing to July 5, 2016. Due to the Count's availability, the contested hearing shall be continued to June 30, 2016, at 8:30 a.m. All parties are required to be present at this date and time.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The contested hearing set for June 15, 2016 at 3:00 p.m. is CONTINUED to June 29, 2016, at 8:30 a.m. in Courtroom 9; and

2. All parties are ordered to appear on June 30, 2016 at 8:30 a.m.

IT IS SO ORDERED.

Dated: __**June 15, 2016**__

UNITED STATES MAGISTRATE JUDGE