**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 WEST SHAW AVE., SUITE 208
FRESNO, CALIFORNIA 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

ATTORNEY FOR Defendant, SHANNE LEAVELL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **1:15-CR-00234 AWI BAM** |
| Plaintiff, | |
| v. | **STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER.** |
| SHANNE LEAVELL, | |
| Defendant. | |

    Defendant SHANNE LEAVELL, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and MICHAEL G. TIERNEY, Assistant U.S. Attorney, hereby stipulates to the following modification of conditions of release:

    1.    By previous order, on February 6, 2017, MR. LEAVELL was ordered released to the Teen Challenge Program, a one-year in-patient drug rehabilitation program maintained by Teen Challenge, located at 42675 Road 44, Reedley, California 93654, under the strict conditions imposed by the United States Pretrial Services Office.

    2.    The Teen Challenge Program located in Reedley has still not found space to

accommodate MR. LEAVELL.

    3.    The Teen Challenge facility, located at 650 Riverside Street, Shafter, California, 93263, has immediate space for MR. LEAVELL, and he could be transferred from his current detention facility to this location directly upon the Honorable Judge's order.

    4.    Therefore it is stipulated that MR. LEAVELL be released immediately to a representative of the Teen Challenge facility, located at 650 Riverside Street, Shafter, California, 9326.

    4.    All other terms and conditions of release remain in full force and effect.

    5.    Pretrial Services officer has been advised and approves this modification.

IT IS SO STIPULATED.

DATED: 02/17/2017                     /s/ Michael J. Tierney
                                           MICHAEL J. TIERNEY
                                           Assistant United States Attorney

DATED: 02/17/2017                     /s/ Roger D. Wilson
                                           ROGER D. WILSON
                                           Attorney for Shanne Leavell

--o0o--

ORDER

The parties' Stipulation Modifying Conditions of Release is hereby approved and the modification set forth in paragraph Four (4) of the Stipulation is adopted as a finding by the Court.

IT IS SO ORDERED.

Dated: **February 17, 2017**                     /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE