**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANNE LEAVELL,<br><br>Defendant. | Case No. 1:15-cr-00234 DAD BAM<br><br>**WAIVER OF APPEARANCE; ORDER.** |

**TO THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVES:**

Defendant SHANNE LEAVELL by and through his attorney, ROGER D. WILSON, hereby applies to this Court for an Order waiving his appearance at the Trial Confirmation hearing currently scheduled for April 3, 2017 at 10:00 a.m., before the Honorable Judge Dale A. Drozd. This request is made because Mr. Leavell was recently ordered released from custody to participate in an inpatient addiction recovery program and will be in a "black out" period whereby he will not be permitted to leave the recovery center. Further, his appearance at the next hearing will not be required as it is not a dispositive motion hearing and therefore, in all likelihood, a further status hearing will be scheduled at the next hearing.

Mr. Leavell has maintained regular and routine contact with his counsel, and gives his counsel full authority to act on his behalf at the next hearing. Mr. Leavell has discussed the upcoming hearing with counsel and is satisfied that all relevant matters have been adequately reviewed and explained.

1

Lastly, Mr. Leavell's counsel has discussed this waiver of appearance with counsel for the Government, who had no objection.

It is hereby requested that Defendant SHANNE LEAVELL'S appearance at the April 3, 2017, Trial Confirmation hearing be excused.

Respectfully submitted,

Dated: March 22, 2017        By: /s/ Roger D. Wilson
                                 **ROGER D. WILSON**
                                 Attorney for Defendant SHANNE LEAVELL

--o0o--

**ORDER**

Defendant SHANNE LEAVELL'S request for a waiver of appearance came before this Court and based thereon, and for **GOOD CAUSE** shown, the **COURT ORDERS AS FOLLOWS**:

Defendant SHANNE LEAVELL is hereby excused from appearing at the Status Conference currently scheduled April 3, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **March 23, 2017**                _____
                                         UNITED STATES DISTRICT JUDGE