PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00234-DAD-BAM-2 |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| SHANNE LEAVELL, | |
| Defendant. | |

The United States of America hereby moves to dismiss all charges against defendant SHANNE LEAVELL contained in the Indictment filed on August 27, 2015 (Dkt 1) in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 3, 2017                    Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

                                   By:  /s/ Michael G. Tierney
                                        MICHAEL G. TIERNEY
                                        Assistant U.S. Attorney

1

**O R D E R**

2

     All charges as to defendant SHANNE LEAVELL contained in the Indictment filed on August

3

27, 2015, are dismissed in the interest of justice.

4

IT IS SO ORDERED.

5

  Dated:   **April 3, 2017**

6

UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28